FILED
July 25, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 ) CASE NUMBER: 2:14-mj-00154-KJN
                Plaintiff, )
v. ) ORDER FOR RELEASE
 ) OF PERSON IN CUSTODY
BRENT NEWBOLD, )
 )
                Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brent Newbold</u>; Case <u>2:14-mj-00154-KJN</u> from custody and for the following reasons:

- \_ Release on Personal Recognizance
- \_ Bail Posted in the Sum of _____
- **X** Unsecured Appearance Bond in the amount of $100,000.00, cosigned by defendant's wife, Debra Newbold
- \_ Appearance Bond with 10% Deposit
- \_ Appearance Bond secured by Real Property
- \_ Corporate Surety Bail Bond
- **X** (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at  Sacramento, CA  on    7/25/2014    at  2:20 p.m.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge